UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21555-CIV-HUCK/WHITE
CASE NO.: 11-20254-CIV-HUCK/WHITE

JUAN ONATE-SOSA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING REPORTS OF MAGISTRATE JUDGE

This matter is before the Court on two Reports issued by the Honorable Patrick A. White, United States Magistrate Judge. On January 13, 2011 in case number 09-21555-CIV, Judge White issued a Report of Magistrate Judge Following Evidentiary Hearing (D.E. #33) recommending that Movant's motion to vacate pursuant to 28 U.S.C. § 2255 be denied. As indicated in that Report, Judge White held an evidentiary hearing on January 6, 2011. On January 25, 2011, Movant filed objections to the Report and Recommendation (D.E. # 34) indicating that the transcript of the January 6, 2011 hearing would assist the Court in its review of his motion. On April 21, 2011, the transcript of the January 6, 2011 evidentiary hearing was filed.

On April 29, 2011, Judge White issued a Consolidated Supplemental Report (D.E. # 48 in case no. 09-21555-CIV and D.E. # 9 in case no. 11-20254-CIV) recommending that movant's supplemental *pro se* motion to vacate, which was filed as case number 11-20254-CIV but made part of movant's 2009 proceeding by Judge White's order, be denied. More specifically, Judge White's Consolidated Supplemental Report recommended that as to case number 11-20254-CIV, the case be dismissed as duplicative since the movant has a previously-filed pending motion to vacate, and that as to case number 09-21555-CIV, the movant's additional claim challenging his enhanced sentence based on *Johnson v. United States*, __ U.S. __, 130 S. Ct. 1265 (2010) be denied and the motion be denied in its entirety. On May 5, 2011, movant filed a Notice regarding the Consolidated

Supplemental Report indicating that he "has not been able to identify any viable factual or legal ground to challenge Judge White's conclusions in his R&R relating to the 2255 Motion Supplement" but adhering to his objections at D.E. # 34 regarding the original motion to vacate. *See* D.E. # 49 at ¶ 5.

The Court has reviewed *de novo* both Reports, Movant's objections at D.E. # 34, movant's notice at D.E. # 49, the pertinent portions of the record, including the transcript of the January 6, 2011 hearing, and is otherwise duly advised. Accordingly, the Court overrules Movant's objections and ADOPTS the findings of fact and conclusions of law as stated in Judge White's Reports. For the reasons stated in the Report of Magistrate Judge Following Evidentiary Hearing (D.E. # 33), Movant's original section 2255 motion is DENIED. For the reasons stated in the Consolidated Supplemental Report, case number 11-20254-CIV is DISMISSED as duplicative, and as to case number 09-21555-CIV, movant's additional claim challenging his enhanced sentence is DENIED and the section 2255 motion is DENIED in its entirety. All other pending motions are denied as moot and the Clerk is directed to close both cases.

DONE AND ORDERED in Chambers, Miami, Florida, May 16, 2011.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White

Counsel of Record

Juan Onate-Sosa, Reg. No. 80254-004
Federal Correctional Institution Estill
Post Office Box 699
Estill, SC 29918